LUDWIG HECK, Appellant, *v.* JOHN VOLZ et al., Respondents.

(Argued June 9, 1890, decided June 24, 1890 )

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 15, 1888, which modified, and affirmed as modified, a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*John Henry Hull* for appellant.

*Lewis Sanders* for respondents.

Agree to affirm; no opinion.
All concur except VANN, J., not sitting.
Judgment affirmed.

---

MINNA C. SAMUELLS, Respondent, *v.* ALEXANDER R. SAMUELLS, Appellant.

(Submitted June 10, 1890, decided June 27, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 10, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Isaac S. Catlin* for appellant.

*William G. Cooke* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.